IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LAWRENCE FOSTER SMITH**                  **PLAINTIFF**

v.                        **CIVIL NO. 1:21-cv-311-HSO-RHWR**

**VICKY SPEARS,
JACKSON COUNTY A.D.C.,
AND VITAL CORE HEALTH
STRATEGIES**                  **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order entered this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 31st day of May, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE